THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRACY STONE-MANNING, Director of the Bureau of Land Management, and DEBRA A. HAALAND, Secretary of the Interior, <br><br> Defendants. | Case No.: 1:16-cv-01599-RJL <br><br><br> DEFENDANTS' STATUS REPORT |

On November 19, 2021, the Court issued a single remedy order (Remedy Order) in three non-consolidated cases requiring, among other things, that the U.S. Bureau of Land Management (BLM) submit a status report no later than 120 days from the date of the Remedy Order "confirming that all consultations under Section 7(a)(2) of the [Endangered Species Act (ESA)] necessary to revise the 2016 [resource management plans (RMPs)] have been completed." *Am. Forest Res. Council v. Nedd*, 2021 WL 6692032, at *6 (D.D.C. Nov. 19, 2021). The Remedy Order provided for an extension of that deadline: "If extraordinary circumstances prevent the Government from completing these tasks in a timely manner, it must, prior to the deadline, provide a detailed description of those circumstances and demonstrate good cause for an extension." *Id.* at 5. On March 8, 2022, Defendants sought such an extension, explaining:

> [G]ood cause exists to extend that deadline because concluding all ESA Section 7 consultations for an amendment or revision to the 2016 RMPs in 120 days is not possible. Instead, the consultation process runs parallel to the RMP revision or amendment process under the Federal Land Policy and Management Act (FLPMA), the National Environmental Policy Act (NEPA), and their implementing

1

> regulations. As a result, Defendants request that rather than requiring all ESA consultations necessary to revise or amend the 2016 RMPs be complete by a date certain, the Court provide that the biannual status reports 'explaining the progress made in revising the 2016 RMPs' due beginning on November 21, 2022, also detail the progress made in consulting under Section 7 of the ESA.

Status Report 2, ECF No. 75. In a Minute Order dated March 11, 2022, the Court granted in part and denied in part Defendants' request, ordering Defendants to "submit a report detailing the status of the Section 7(a)(2) consultations necessary to revise the 2016 RMPs no later than July 21, 2022," and to thereafter "include the status of the consultations in their status reports on the progress of the revisions of the RMPs to be submitted beginning on November 21, 2022 and every six months thereafter." Defendants submit the attached Declaration of Barry R. Bushue reporting on the status of the Section 7(a)(2) consultations.

Respectfully submitted on this 20th day of July, 2022.

TODD KIM
U.S. Department of Justice
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Senior Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of July, 2022, a copy of this foregoing document was filed electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

                                      */s/ Shaun M. Pettigrew*
                                      Shaun M. Pettigrew