THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRACY STONE-MANNING, Director of the Bureau of Land Management, and DEBRA A. HAALAND, Secretary of the Interior, <br><br> Defendants. | Case No.: 1:16-cv-01599-RJL <br><br><br> DECLARATION OF BARRY R. BUSHUE |

I, Barry R. Bushue, in accordance with 28 U.S.C. § 1746, declare under penalty of perjury:

1. I am the U.S. Bureau of Land Management ("BLM") State Director for Oregon and Washington ("OR/WA"). I have served as the State Director since June 2020. Prior to that I was the State Executive Director for the Oregon Farm Service Agency for the U.S. Department of Agriculture beginning in October 2018. Prior to that, I was the President of the Oregon Farm Bureau Federation, an organization with approximately 8,000 farmer members and over 50,000 supporting members, for nineteen years as well as the Vice President of the American Farm Bureau Federation for eight years. I hold a Bachelor of Science degree in Biology from Oregon State University granted in 1972.

2. As the State Director for BLM OR/WA, I establish priorities for the OR/WA annual program of work, including forestry activities and implementation of the 2016 Resource Management Plans ("RMPs") for western Oregon, which include the Southwestern Oregon ("SWO") RMP and Northwestern and Coastal Oregon ("NCO") RMP. I also have line officer

1

supervisory authority over all BLM OR/WA staff.

3.      I am knowledgeable about the Plaintiffs' challenge in these cases and understand that the Court issued its Order granting in part Plaintiffs' requested relief on November 19, 2021. I am also familiar with the Court's Memorandum Opinions issued in these cases on September 30, 2019, and November 22, 2019. I understand that on November 19, 2021, the Court ordered that "no later than one year from the date of this Memorandum Order, and again every six months thereafter, BLM shall submit a status report explaining the progress made in revising the 2016 RMPs, including but not limited to details regarding future timber sales and efforts made to ensure as much of the declared annual sustained yield capacity as possible is offered for sale during the remand period." I also understand that on March 11, 2022, the Court issued a Minute Order requiring BLM to "include the status of the [Endangered Species Act ("ESA")] consultations in their status reports on the progress of the revisions of the RMPs to be submitted beginning November 21, 2022 and every six months thereafter." The following explains the status of those efforts.

4.      BLM has determined that it will engage in a RMP amendment process under 43 C.F.R. § 1610.5-5, rather than the broader RMP revision process under 43 C.F.R. § 1610.5-6, as the appropriate mechanism to address the Court's orders and other planning needs. The BLM has conducted internal scoping, consistent with 40 C.F.R. § 1501.9(a) and 40 C.F.R. § 1502.4(a), to further develop the proposal for action and to identify any additional proposed changes to the RMPs that go beyond those that address the Court's orders.

5.      Based on this internal assessment, the BLM has developed a staffing plan for the interdisciplinary team and has prioritized funding the team's labor costs in Fiscal Year 2023. The BLM is currently in the process of implementing the required personnel actions, including

staff hiring. The BLM's staffing plan for the RMP amendment effort includes a program manager, who will provide overall leadership for the RMP amendment, and numerous different subject matter experts that will serve on the interdisciplinary team.

6. The interdisciplinary team provides the technical subject-matter expertise necessary to prepare the required planning documents, such as the environmental impact statement under NEPA and the biological assessment under the ESA. Besides the program manager and interdisciplinary team leader, the staffing plan for the interdisciplinary team and associated support team will include approximately 21 additional staff with the following expertise: Vegetation Modeling; Geographic Information Systems; Forest Management; Forest Management Support; Wildlife (Threatened & Endangered species); Wildlife (non-Threatened & Endangered species); Hydrology, Soils, and Air Quality; Recreation and Visual Resources; Fire and Fuels; Greenhouse Gas Emissions and Carbon; Areas of Critical Environmental Concern, Botany, and Invasive Plants; Project/Administrative Records Manager; Communications; Cultural Resources; Tribal Liaison; Socioeconomics and Environmental Justice; Fisheries; Lands and Realty; Roads; Livestock Grazing and Wild Horses; Minerals; and Wilderness and Wild and Scenic Rivers.

7. Based on the BLM's preliminary scope of topics that will be addressed in the RMP amendment, the BLM estimates that it will need to hire or reassign approximately 10 to 15 additional subject matter experts to serve full-time on the interdisciplinary team, while the remaining team members will serve part-time on the team within the scope of their existing duties. The BLM has already identified five existing employees who will be assigned to serve on the interdisciplinary team and must hire the remaining team members. Filling these new interdisciplinary team positions is a high priority, but these staffing efforts must follow the

Federal government's standardized personnel practices and processes, including but not limited to, advertising the positions in a manner that provides fair competition to eligible applicants, confirming applicants' eligibility for the positions, interviewing candidates, and completing background investigations for the selected applicants.

8. The BLM submitted the necessary documentation to the U.S. Office of Personnel Management (OPM) to advertise the interdisciplinary team's supervisory program manager position on August 3, 2022, and the vacancy was advertised on the OPM's USAJobs website from September 19 to 30, 2022. The OPM reviewed the applicants' qualifications and provided the BLM with a list of qualified candidates on October 28, 2022. Per required personnel procedures, a panel of BLM subject matter experts reviewed the list of qualified candidates' application materials and referred the best qualified candidates back to the OPM on November 10, 2022.  The OPM will next provide the hiring official (the BLM OR/WA Deputy State Director for Lands, Resources, and Minerals) with a certificate of the best qualified applicants for consideration. The hiring official will then interview candidates and check references, as necessary, and make a final selection. The selected candidate will then likely need to complete a Federal background investigation prior to establishing the program manager's start date in the position. The length of time for the background investigation process to be completed can vary widely based on numerous variables, including but not limited to, whether the selected candidate has already had the appropriate level of a background investigation completed within the last 5 years and the current backlog of other investigations being completed by outside agencies responsible for background checks. These entities complete the background investigations on a first-come, first-served basis and the BLM OR/WA has no ability or authority to prioritize a particular investigation over others. The BLM plans to initiate the hiring process

for the additional interdisciplinary team members in November 2022 and is currently collaborating with the OPM to minimize the number of separate vacancy announcements that will be necessary to hire the team members. This will improve the efficiency of the recruiting process while still ensuring that the individuals will have the specific subject matter expertise necessary to develop all interdisciplinary aspects of the RMP amendment.

9. While engaging in the process to retain an interdisciplinary team lead and other positions, the BLM has taken actions intended to expedite the amendment process once the interdisciplinary team is fully staffed. In particular, to facilitate the calculation of the Allowable Sale Quantity (ASQ) and provide estimates of the long-term changes in forested conditions that will be used in the environmental effects analysis of the amended RMPs, the BLM has updated information on the characteristics and boundaries of forested stands to reflect current conditions. There are roughly 70,000 forested stands within the plan amendment area, and each stand has been assigned to a strata based on stand age, species group, site class and modeling group. Completing this step allows the BLM to use the silvicultural pathways and growth and yield curves that were developed for the 2016 RMPs. The BLM has also developed a new sole-source 5-year contract with the consulting firm Mason, Bruce and Girard (MBG). MBG developed the harvest scheduling models for the 2016 RMPs, and for efficiency the BLM is planning to re-use these models to the extent practical and applicable. This contract will ensure the BLM has support to develop and make changes to existing harvest scheduling models for the duration of the contract.

10. As noted in my declaration dated July 20, 2022, consultation under the ESA requires a complete proposed action that the regulatory agency (i.e., the U.S. Fish and Wildlife Service ("FWS") or the National Oceanic and Atmospheric Administration Fisheries ("NOAA

Fisheries")) can evaluate under the ESA. BLM must develop the proposed action through the Federal Land Policy and Management Act planning process. Therefore, the steps discussed above in the plan amendment process also reflect progress for the ESA consultation. BLM will work toward finalizing a consultation agreement with FWS and NMFS at the appropriate time in that process.

11.     Western Oregon BLM offered approximately 280 million board feet of timber for sale in FY 22. This included nearly 193 million board feet of ASQ timber. All sustained yield units (SYUs) in western Oregon offered ASQ timber from the Harvest Land Base within the allowable annual range as set forth in the 2016 RMPs for Western Oregon. See SYU-level details in the table below:

| W OR BLM Overall Timber Volume Offered FY22 | Million Board Feet (MMBF) | | | | | |
|---|---|---|---|---|---|---|
| District:SYU | ASQ | Total** | Overall Performance Target* | Declared ASQ Annual Minimum | Declared ASQ | Declared ASQ Annual Maximum |
| Coos Bay | 11 | 26 | 26 | 7 | 12 | 17 |
| NW OR: Eugene | 46 | 75 | 73 | 32 | 53 | 74 |
| Lakeview: Klamath Falls | 5 | 5 | 5 | 4 | 6 | 8 |
| Medford | 32 | 35 | 51 | 22 | 37 | 52 |
| Roseburg | 38 | 53 | 41 | 19 | 32 | 45 |
| NW OR: Salem | 61 | 85 | 77 | 39 | 65 | 91 |
| Sum Total | 193 | 280 | 273 | 123 | 205 | 287 |
| *NW OR had flexibility to adjust total volume offered between the two SYUs, so long as the total volume offered totals at least 150 MMBF, and each SYU met ASQ requirements. | | | | | | |
| ** The sum of the totals reported here does not equal 280 MMBF due to rounding. | | | | | | |

12.     BLM continues to plan for future timber sales in Fiscal Year 2023 and beyond, consistent with the 2016 RMPs' declared ASQ. Detailed timber sale plans updated as of October 12, 2022, show that BLM is on track to achieve the declared ASQ, within the annual rate of allowable variation, in each SYU in Fiscal Year 2023. According to these plans, almost 90 million board feet of ASQ is planned to be offered in advertised sales through the end of May

2023. The BLM will continue to update the timber sale plans throughout the year as more precise information becomes available, including any impacts from administrative or legal challenges.

13. Further, budget directives require BLM districts to ensure that long range timber sale plans reflect the decadal rate of allowable variation in each SYU as provided in the 2016 RMPs, and BLM is aiming for a cumulative decadal ASQ target of 2,050 million board feet for the FY19 through FY28 accounting period (essentially each District is directed to target annual ASQ offerings within each SYU that average the mid-point of the declared ASQ by the end of the decade). The BLM OR/WA State Office is directly monitoring the ASQ accomplishments and plans for each western Oregon SYU, and is actively engaging with district managers and staff to ensure that the BLM meets the established volume goals. Any changes in volume to be offered and sold in future years as a result of the planning process ordered by the Court remain unknown. BLM would need to complete the planning effort and re-calculation of the ASQ, including environmental analyses and public participation, before declaring a new ASQ and adjusting out-year sale plans and volume targets.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this ___16th___ day of November, 2022, in Portland, Oregon.

_____
Barry R. Bushue