## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY STONE-MANNING, Director of the Bureau of Land Management, and DEBRA A. HAALAND, Secretary of the Interior,<br><br>Defendants. | Case No.: 1:16-cv-01599-RJL<br><br><br>DEFENDANTS' STATUS REPORT |

On November 19, 2021, the Court issued a single remedy order (Remedy Order) in three non-consolidated cases. *See Am. Forest Res. Council v. Nedd*, 2021 WL 6692032 (D.D.C. Nov. 19, 2021). Among other things, the Remedy Order remanded two 2016 Resource Management Plans (2016 RMPs) to the Bureau of Land Management (BLM) for revision. *Id.* *6. The Remedy Order further provided that no later than one year from the date of the Order, "BLM shall submit a status report explaining the progress made in revising the 2016 RMPs, including but not limited to details regarding future timber sales and efforts made to ensure as much of the declared annual sustained yield capacity as possible is offered for sale during the remand period." *Id.* In a Minute Order dated March 11, 2022, the Court further ordered BLM to "submit a report detailing the status of the [Endangered Species Act (ESA)] Section 7(a)(2) consultations necessary to revise the 2016 RMPs no later than July 21, 2022, and that thereafter defendants shall include the status of the consultations in their status reports on the progress of the revisions of the RMPs to be submitted beginning November 21, 2022 and every six months thereafter."

BLM submitted the report detailing the status of the ESA Section 7(a)(2) consultations on July 20, 2022.  ECF No. 80.  BLM submitted a status report reporting on the progress of the revisions of the RMPs and ESA Section 7(a)(2) consultations, as well as details regarding future timber sales and efforts made to offer for sale as much of the declared annual sustained yield capacity as possible on November 21, 2022.  ECF No. 82.  BLM now submits this status report, attaching the Declaration of Barry R. Bushue, providing a further update on the progress of the revisions of the RMPs and ESA Section 7(a)(2) consultations, as well as details regarding future timber sales and efforts made to offer for sale as much of the declared annual sustained yield capacity as possible.

Respectfully submitted on this 19th day of May, 2023.

TODD KIM
U.S. Department of Justice
Assistant Attorney General
Environment and Natural Resources Division


*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2023, a copy of this foregoing document was filed electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Electronic Filing.

*/s/ Shaun M. Pettigrew*
Shaun M. Pettigrew