# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY STONE-MANNING, Director of the Bureau of Land Management, and DEBRA A. HAALAND, Secretary of the Interior,<br><br>Defendants. | Case No.: 1:16-cv-01599-RJL<br><br>DECLARATION OF BARRY R. BUSHUE |

I, Barry R. Bushue, in accordance with 28 U.S.C. § 1746, declare under penalty of perjury:

1. I am the U.S. Bureau of Land Management ("BLM") State Director for Oregon and Washington ("OR/WA"). I have served as the State Director since June 2020. Prior to that I was the State Executive Director for the Oregon Farm Service Agency for the U.S. Department of Agriculture beginning in October 2018. Prior to that, I was the President of the Oregon Farm Bureau Federation, an organization with approximately 8,000 farmer members and over 50,000 supporting members, for nineteen years as well as the Vice President of the American Farm Bureau Federation for eight years. I hold a Bachelor of Science degree in Biology from Oregon State University granted in 1972.

2. As the State Director for BLM OR/WA, I establish priorities for the OR/WA annual program of work, including forestry activities and implementation of the 2016 Resource Management Plans ("RMPs") for western Oregon, which include the Southwestern Oregon ("SWO") RMP and Northwestern and Coastal Oregon ("NCO") RMP. I also have line officer

1

supervisory authority over all BLM OR/WA staff.

3.      I am knowledgeable about the Plaintiffs' challenge in these cases and understand that the Court issued its Order granting in part Plaintiffs' requested relief on November 19, 2021. I am also familiar with the Court's Memorandum Opinions issued in these cases on September 30, 2019, and November 22, 2019. I understand that on November 19, 2021, the Court ordered that "no later than one year from the date of this Memorandum Order, and again every six months thereafter, BLM shall submit a status report explaining the progress made in revising the 2016 RMPs, including but not limited to details regarding future timber sales and efforts made to ensure as much of the declared annual sustained yield capacity as possible is offered for sale during the remand period." I also understand that on March 11, 2022, the Court issued a Minute Order requiring BLM to "include the status of the [Endangered Species Act ("ESA")] consultations in their status reports on the progress of the revisions of the RMPs to be submitted beginning November 21, 2022, and every six months thereafter."

4.      On November 21, 2022, BLM submitted the above status report and my declaration explaining BLM's efforts in RMP planning, consultation, and achievement of the declared allowable sale quantity ("ASQ"). The following provides the required six-month update on the status of those efforts.

5.      As explained in my November declaration, BLM has determined that it will engage in a RMP amendment process under 43 C.F.R. § 1610.5-5, rather than the broader RMP revision process under 43 C.F.R. § 1610.5-6, as the appropriate mechanism to address the Court's orders and other planning needs. I also reported that the BLM has conducted internal scoping, consistent with 40 C.F.R. § 1501.9(a) and 40 C.F.R. § 1502.4(a), to further develop the proposal for action and to identify any additional proposed changes to the RMPs that go beyond

those that address the Court's orders.

6. In November 2022, I reported to the court that the BLM was currently in the process of implementing the required personnel actions for hiring members of the interdisciplinary team. The interdisciplinary team provides the technical subject-matter expertise necessary to prepare the required planning documents, such as the environmental impact statement under the National Environmental Policy Act ("NEPA") and the biological assessment under the ESA. Besides the program manager and interdisciplinary team leader, staffing for the interdisciplinary team and associated support team includes 23 staff with the following expertise: Vegetation Modeling; Geographic Information Systems; Forest Management; Forest Management Support; Wildlife (Threatened & Endangered species); Wildlife (non-Threatened & Endangered species); Hydrology, Soils, and Air Quality; Recreation and Visual Resources; Fire and Fuels; Greenhouse Gas Emissions and Carbon; Botany and Invasive Plants; Project/Administrative Records Manager; Communications; Cultural Resources and Tribal Liaison; Socioeconomics and Environmental Justice; Fisheries; Lands and Realty; Transportation; O&C Rights-of-Way; Livestock Grazing; Wild Horse and Burro; Minerals; and Wilderness, Areas of Critical Environmental Concern, and Wild and Scenic Rivers.

7. Nineteen of the 23 positions described above have been identified and are either currently assigned to the interdisciplinary team or will be assigned by the end of May 2023. Individuals to fill the four remaining positions are anticipated to be hired or assigned by July 2023. These four remaining positions are for Wildlife (non-Threatened & Endangered Species); Hydrology, Soils, and Air Quality; Botany and Invasive Plants; and Fire and Fuels. The BLM advertised those positions once but did not receive any qualified applications. The BLM revised the vacancy announcements and has re-advertised the positions.

8.      While engaging in the process to retain an interdisciplinary team lead and other positions, the BLM has taken actions intended to expedite the amendment process once the interdisciplinary team is fully staffed. The BLM OR/WA has prepared a draft Preparation Plan, which is an internal document that describes the anticipated scope of the planning effort based on the plan evaluation, and the associated data, budget, schedule, public involvement, and cooperating agency participation. Preparation plans are the mechanism by which BLM Headquarters prioritizes and distributes land use planning funds to support RMP efforts (BLM Land Use Planning Handbook, H-1601-1, p. 18). The BLM OR/WA anticipates submitting the draft Preparation Plan to BLM Headquarters for review by the end of July. Following that review, the BLM OR/WA will revise the draft Preparation Plan into a final Preparation Plan that provides the guidance described above.

9.      Additionally, the BLM OR/WA has been conducting internal scoping with key staff to assemble data, identify data gaps, and begin developing analytical methodologies for the planning effort. In particular, to facilitate the calculation of the of Allowable Sale Quantity (ASQ) and provide estimates of the long-term changes in forested conditions that will be used in the environmental effects analysis of the amended RMPs, the BLM has updated information on the characteristics and boundaries of forested stands to reflect current conditions. There are roughly 70,000 forested stands within the plan amendment area, and each stand has been assigned to a stratum based on stand age, species group, site class and modeling group. Completing this step allows the BLM to use the silvicultural pathways and growth and yield curves that were developed for the 2016 RMPs. The BLM has also developed a new sole-source 5-year contract with the consulting firm Mason, Bruce and Girard (MBG). MBG developed the harvest scheduling models for the 2016 RMPs, and for efficiency the BLM is planning to re-use

these models to the extent practical and applicable. This contract will ensure the BLM has support to develop and make changes to existing harvest scheduling models for the duration of the contract. Under a 2017 contract, MBG reviewed the newly updated forest stands and ensured that each was properly represented by one of the silvicultural pathways and growth and yield curves used for the 2016 RMPs.

10. The BLM OR/WA anticipates publishing in fall 2023 a Notice of Intent to prepare an environmental impact statement for the RMP amendment, which will begin the formal scoping period.

11. As noted in my declaration dated July 20, 2022, consultation under the ESA requires a complete proposed action that the regulatory agency (i.e., the U.S. Fish and Wildlife Service ("FWS") or the National Oceanic and Atmospheric Administration Fisheries ("NOAA Fisheries")) can evaluate under the ESA. BLM must develop the proposed action through the Federal Land Policy and Management Act planning process. Therefore, the steps discussed above in the plan amendment process also reflect progress for the ESA consultation. BLM will work toward finalizing a consultation agreement with FWS and NOAA Fisheries at the appropriate time in that process.

12. As reported in my November 2022 declaration, western Oregon BLM offered approximately 280 million board feet of timber for sale in Fiscal Year 2022. This included nearly 193 million board feet of ASQ timber. All sustained yield units (SYUs) in western Oregon offered ASQ timber from the Harvest Land Base within the allowable annual range as set forth in the 2016 RMPs for Western Oregon. See SYU-level details in the table below:

| W OR BLM Overall Timber Volume Offered FY22 | Million Board Feet (MMBF) | | | | | |
|---|---|---|---|---|---|---|
| District:SYU | ASQ | Total** | Overall Performance Target* | Declared ASQ Annual Minimum | Declared ASQ | Declared ASQ Annual Maximum |
| Coos Bay | 11 | 26 | 26 | 7 | 12 | 17 |
| NW OR: Eugene | 46 | 75 | 73 | 32 | 53 | 74 |
| Lakeview: Klamath Falls | 5 | 5 | 5 | 4 | 6 | 8 |
| Medford | 32 | 35 | 51 | 22 | 37 | 52 |
| Roseburg | 38 | 53 | 41 | 19 | 32 | 45 |
| NW OR: Salem | 61 | 85 | 77 | 39 | 65 | 91 |
| **Sum Total** | **193** | **280** | **273** | **123** | **205** | **287** |

*NW OR had flexibility to adjust total volume offered between the two SYUs, so long as the total volume offered totals at least 150 MMBF, and each SYU met ASQ requirements.
** The sum of the totals reported here does not equal 280 MMBF due to rounding.

13.    BLM continues to plan for future timber sales in Fiscal Year 2023 and beyond, consistent with the 2016 RMPs' declared ASQ. Current detailed timber sale plans updated as of April 19, 2023, show that BLM is still on track to achieve the declared ASQ, within the annual range of allowable variation, in each SYU in Fiscal Year 2023. As shown in the table below, through mid-April 2023, BLM has offered 61 million board feet of timber for sale (45 million board feet of which is ASQ). According to current sale plans, 202 million board feet of timber (128 million board feet of which is ASQ) is planned to be offered in the remainder of Fiscal Year 2023.

14.    The BLM will continue to update the timber sale plans throughout the year as more precise information becomes available, including any additional impacts from administrative or legal challenges.

| W OR BLM Overall Timber Volume Offered FY23 | Million Board Feet (MMBF) as of 4/19/2023 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Offered | | To be Offered | | Overall Plan | | Overall Performance Target* | Declared ASQ Annual Minimum | Declared ASQ | Declared ASQ Annual Maximum |
| District:SYU | ASQ | Total | ASQ | Total | ASQ | Total | | | | |
| Coos Bay | 0 | 2 | 13 | 30 | 13 | 32 | 31 | 7 | 12 | 17 |
| NW OR: Eugene | 14 | 23 | 39 | 54 | 54 | 77 | 73 | 32 | 53 | 74 |
| Lakeview: Klamath Falls** | -1 | -1 | 5 | 5 | 4 | 4 | 4 | 4 | 6 | 8 |
| Medford | 3 | 6 | 21 | 38 | 24 | 43 | 51 | 22 | 37 | 52 |
| Roseburg | 6 | 0 | 16 | 23 | 22 | 24 | 28 | 19 | 32 | 45 |
| NW OR: Salem | 24 | 31 | 34 | 51 | 57 | 82 | 77 | 39 | 65 | 91 |
| Total | 45 | 61 | 128 | 202 | 174 | 262 | 264 | 123 | 205 | 287 |

*NW OR had flexibility to adjust total volume offered between the two SYUs, so long as the total volume offered totals at least 150 MMBF, and each SYU met ASQ requirements.

** Negative values are a product of the established timber volume accounting system, where negative contract modifications and cancelled contracts are generally subtracted from offered volume accomplishments to minimize the difference between offered and harvested volume over time.

15. Budget directives require BLM districts to ensure that long range timber sale plans reflect the decadal range of allowable variation in each SYU as provided in the 2016 RMPs, and BLM is aiming for a cumulative decadal ASQ target of 2,050 million board feet for the FY19 through FY28 accounting period (essentially each District is directed to target annual ASQ offerings within each SYU that average the mid-point of the declared ASQ by the end of the decade). The BLM OR/WA State Office is directly monitoring the ASQ accomplishments and plans for each western Oregon SYU, and is actively engaging with district managers and staff to ensure that the BLM meets the established volume goals. Any changes in volume to be offered and sold in future years as a result of the planning process ordered by the Court remain unknown. BLM would need to complete the planning effort and re-calculation of the ASQ, including environmental analyses and public participation, before declaring a new ASQ and adjusting out-year sale plans and volume targets.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this  18th  day of May, 2023, in Portland, Oregon.


Barry R. Bushue