IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FOREST RESOURCE COUNCIL**, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 1:16-cv-01599-RJL ) |
| v. | ) ) **PLAINTIFFS' NOTICE OF** |
| **TRACY STONE-MANNING**, Director of the Bureau of Land Management, and **DEBRA HAALAND**, Secretary of the Interior, | ) **WITHDRAWAL OF COUNSEL** ) ) ) |
| Defendants, | ) |

PLEASE TAKE NOTICE that as of the date of filing this notice Caroline Lobdell withdraws his appearance as counsel for the plaintiffs in this case. Julie A. Weis will remain as plaintiffs' counsel.

Respectfully submitted this 15th day of August, 2023.

*/s/ Caroline Lobdell*
CAROLINE LOBDELL
Western Resources Legal Center
9220 SW Barbur Boulevard
Suite 119-327
Portland, OR 97219
clobdell@wrlegal.org

*Attorney for Plaintiffs American Forest Resource Council, et al.*
