THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRACY STONE-MANNING, Director of the Bureau of Land Management, and DEBRA A. HAALAND, Secretary of the Interior, <br><br> Defendants. | Case No.: 1:16-cv-01599-RJL <br><br><br> NOTICE OF DENIAL OF PETITION FOR WRIT OF CERTIORARI |

In an order dated November 22, 2019, this Court held that two Resource Management Plans issued by the Bureau of Land Management in 2016 (2016 RMPs) violated the Oregon and California Railroad and Coos Bay Wagon Road Grant Lands Act of 1937 (O&C Act), 43 U.S.C. § 2601 et seq., by "prohibiting the selling, cutting, and removing of timber in conformity with the principle of sustained yield on portions of O&C timberland." *Am. Forest Res. Council v. Hammond*, 422 F. Supp. 3d 184, 189 (D.D.C. 2019).  The Court later issued a remedy order that, among other things, vacated the 2016 RMPs, stayed that vacatur until BLM developed and implemented revised RMPs, remanded the 2016 RMPs to BLM to prepare revised RMPs, and required regular status reports detailing BLM's progress in revising the 2016 RMPs. *Am. Forest Res. Council v. Nedd*, Civil Case Nos. 16- 01599, 16- 01602, 15-01419, 2021 WL 6692032, at *6 (D.D.C. Nov. 19, 2021).

On July 18, 2023, the D.C. Circuit Court of Appeals reversed, holding that "the 2016 RMPs are well within the [Secretary of the Interior's] discretion under the O&C Act and are

1

consistent with the Secretary's other statutory obligations." *Am. Forest Res. Council v. United States*, 77 F.4th 787, 803-04 (D.C. Cir. 2023).  The Court of Appeals then remanded the case "for proceedings consistent with [its] opinion." *Id.* at 805.  The formal mandate issued on September 12, 2023, ECF No. 86, and this Court then ordered the parties to "submit a joint status report containing their joint or respective positions on what 'further proceedings,' if any, are appropriate in this action," Minute Order dated September 18, 2023.

On October 18, 2023, the parties set forth their respective positions in the required joint status report.  ECF No. 87.  Plaintiffs noted that they would be "filing a petition for a writ of certiorari," and asked the Court to "stay further proceedings in this matter temporarily pending the conclusion of practice before the Supreme Court." *Id.* at 2.  Defendants explained that a stay would be inappropriate, that reversal of the Court's order on the merits "served to also vacate the order on remedy," and that the "only proper further proceeding in this action is for the Court to enter judgment in favor of Defendants." *Id.* at 3.

On March 25, 2024, the U.S. Supreme Court denied Plaintiffs' petition for writ of certiorari.  *Am. Forest. Res. Council v. United States*, --- S.Ct. ---, 2024 WL 1241466 (Mar. 25, 2024).  With this development, the Court's remedy order should be formally vacated and judgment should be entered in Defendants' favor.

Respectfully submitted on this 23rd day of April, 2024.

> TODD KIM
> U.S. Department of Justice
> Assistant Attorney General
> Environment and Natural Resources Division
>
> */s/ Shaun M. Pettigrew*
> SHAUN M. PETTIGREW

Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Defendants*